LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP  96950

Tel:  (670) 236-2980
Fax: (670) 236-2985

F I L E D
Clerk
District Court

APR 1 6 2007

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>                        Plaintiff, )<br>)<br>                 v. )<br>)<br>)<br>WEI, KUO CHUNG, )<br>a/k/a JOHN WEI, )<br>)<br>                     Defendant. )<br>) | Case No.: CR 07 - 00003<br><br>**COMPLAINT**<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Distribution of a Controlled Substance<br>(Counts 1 and 2) |

On information and belief, as stated in the supporting Affidavit, the undersigned alleges that:

### COUNT 1
### (Distribution of a Controlled Substance)

On or about April 5, 2007, within the District of the Northern Mariana Islands, Defendant WEI, KUO CHUNG, a/k/a JOHN WEI, knowingly and intentionally distributed a controlled substance, that is, approximately 3 grams of methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

**COUNT 2**
(Distribution of a Controlled Substance)

On or about April 6, 2007, within the District of the Northern Mariana Islands, Defendant WEI, KUO CHUNG, a/k/a JOHN WEI, knowingly and intentionally distributed a controlled substance, that is, approximately 3 grams of methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

_____
CRAIG N. MOORE
Assistant U.S. Attorney