LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP 96950

Tel: (670) 236-2980
Fax: (670) 236-2985

F I L E D
Clerk
District Court

APR 1 6 2007

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WEI, KUO CHUNG, <br> a/k/a JOHN WEI, <br><br> Defendant | Case No.: CR 07-00003 <br><br> AFFIDAVIT OF DETECTIVE ALFRED CELES IN SUPPORT OF COMPLAINT AND ARREST WARRANT |

I, ALFRED CELES, being duly sworn, depose and say as follows:

1.    I am currently employed as a Police Detective for the Commonwealth of the Northern Mariana Islands (CNMI) Department of Public Safety (DPS). I have been a Police Officer for 10 years, and am currently assigned to the DPS, Criminal Investigation Section-Special Investigation Section [SIS]. During my assignment, I have been involved in the enforcement of Title-6 of the Commonwealth Criminal Code, narcotics and firearm laws. Additionally, I have been involved in approximately 10 investigations with the Saipan Office of the Drug Enforcement Administration ("DEA").

1

2. Prior to my assignment to the Special Investigation Section, I was assigned to the Thief Apprehension Select Coalition [TASC], to investigate all Robbery, Burglary and Theft incidents.

3. In the course of my assignment as a narcotics investigator, I have become knowledgeable in the ways and means of narcotics trafficking and abuse, the language and vernacular of narcotic abusers, and the patterns of narcotic abuse and narcotic trafficking.

4. During my career I received specialized training from the Institute of Police Technology and Management [IPTM] in Orlando Florida, the Multi-jurisdiction Counter Drug Task Force in Carson City, Nevada, specialized training from the CNMI Department of Public Safety, Tactical Response Enforcement Team [TRET], and the CNMI Attorney General's Office.

5. During my assignment as a narcotics investigator, I have participated in or initiated over 50 narcotics violation investigations. These investigations have resulted in the arrests more than 50 individuals on charges related to the distribution of controlled substances, conspiracy to distribute controlled substances, and illegal possession of a controlled substance. In the addition, during my 10 years as a Police Officer, I have participated in over 100 of search warrants and arrest warrants.

6. During the course of this DEA investigation, and through personal observation and information received from other law enforcement personnel and a Commonwealth DPS cooperating source, I learned the following information:

7. On April 5, 2007 at about 6:40 p.m., law enforcement personnel and a DPS cooperating source (CS) met at a prearranged location to be briefed on their duties and responsibilities during the duration of a controlled drug buy-walk operation that was to take place on the same date. At about 7:05 p.m., the CS contacted Kuo Chung WEI on WEI's cellular

2

phone [989-9056, recorded] and placed an order of $350.00 worth of crystal methamphetamine in a crystalline form commonly known as "ice." WEI told the CS to meet WEI in front of the Sister Remedio School located in Chalan Kanoa District #2, Saipan, CNMI. DEA TFO Norman Rasiang equipped the CS with a recording device, and DEA TFO Danny Punimata, acting in an undercover capacity, followed the CS to witness the CS drug transaction with WEI. The CS was given $350.00 in prerecorded drug buy-money. The CS and TFO Punimata left and at about 7:14 p.m., both the CS and TFO Punimata met WEI in front of Sister Remedio School at the western-side parking lot. WEI was driving a red Toyota Camry sedan bearing CNMI license plate number "ADT-632." At about 7:15 p.m., TFO Rasiang reported that the CS and TFO Punimata left the school and were heading back to the prearranged location. TFO Punimata stated that while he was inside CS's vehicle, he witnessed the drug transaction between the CS and WEI. TFO Punimata turned over a rolled up piece of toilet tissue and inside the toilet tissue were two small plastic zip lock bags (DEA Exhibit #1), with each zip lock containing a crystalline like substance, which was tested with a Narcotic Identification Kit, and the results were presumptive positive for the presence of methamphetamine. Audio surveillance was recorded of this controlled purchase.

8. On April 6, 2007 at about 12:20 p.m., the CS and members of SIS and DEA met at a prearranged location and briefed on their duties and responsibilities during the duration of a controlled drug buy-bust operation that would take place on the same date. At about 12:50 p.m., the CS called WEI on WEI's cellular phone [989-9056, recorded] and ordered $350.00 worth of crystal methamphetamines/ice from WEI. WEI told the CS to meet WEI by Sister Remedio School in Chalan Kanoa 5 minutes later. TFO Rasiang equipped the CS with a recording device and the CS was given $350.00 in prerecorded drug buy-money. At about 1:00 p.m., the CS and

WEI met at the southern portion of the Sister Remedio School. WEI was in the same car [ADT-632]. At about 1:02 p.m., TFO Rasiang advised that the CS had signaled that the CS's drug transaction with WEI was completed, and the CS had the drugs. At about 1:07 p.m., law enforcement met with the CS at the prearranged location, and procured a piece of toilet tissue, and inside the toilet tissue were two small plastic zip lock bags (DEA exhibit #2) with each zip lock containing a crystalline like substance, which was later tested using a Narcotic Identification Kit, and the results were presumptive positive for the presence of methamphetamine. WEI was followed by SIS and DEA members, CNMI marked police unit conducted a violator stop on the car that WEI was driving in Chalan Kanoa District #4, Saipan, CNMI, for failing to signal while switching lanes At about 1:15 p m, WEI was arrested and searched, and all of the prerecorded drug buy money of $350.00 for exhibit #2 was recovered. Video and audio surveillance was made of this controlled purchase

9.  Based on the above information, I believe there is probable cause for the issuance of arrest warrant for Mr. Kuo Chung WEI (DOB 07-10-1965, Chinese passport number 213115504).

Sworn to and subscribed under the penalties of perjury this 16 day April, 2007.

DETECTIVE ALFRED CELES

Sworn before me on 4-16-07 2.07pm
Alex R Munson