# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

**************************************************************************

CR-07-00003                                                April 17, 2007
                                                           10:20 a.m.

**U.S.A. -v- WEI, KUO CHUNG aka JOHN WEI**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           MICHELLE C. MACARANAS, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           WEI, KUO CHUNG aka JOHN WEI, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE

   Defendant WEI appeared without counsel. Government was represented by Craig Moore, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

   Dennis Tse was sworn as interpreter.

   Defendant was advised of the charges against him in the complaint and his constitutional rights. Based on the defendant's financial affidavit filed with the Court and the defendant's testimony, the Court determined that the defendant is indigent and ordered the clerk to appoint the defendant a CJA Counsel. Court set Preliminary Examination Hearing for **Thursday, April 26, 2007 at 10:00 a.m**.

   Government moved that the defendant be held without bail. Court granted the motion without prejudice. The Court remanded the defendant back into the custody of the United States Marshal.

                                                   Adj. 10:35 a.m.

                                                   /s/ Michelle C. Macaranas, Court Deputy