# United States District Court

DISTRICT OF **the Northern Mariana Islands**

FILED
Clerk
District Court

APR 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WEI, KUO CHUNG,**
**a/k/a JOHN WEI,**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07 - 00003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WEI, KUO CHUNG, a/k/a JOHN WEI**

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (2 Counts)**

in violation of Title __21__ United States Code, Sections __841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(C)__

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R Munson | 4-16-07 SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _NO BAIL_  by _/s/ Alex R Munson_  4-16-07
                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Department of Correction, Susupe, Saipan_

| DATE RECEIVED 4/16/07 | NAME AND TITLE OF ARRESTING OFFICER  Det. Alfred Celes | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3:05 pm | | |