MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-07-00003                                                                    April 26, 2007
                                                                               10:30 a.m.

**U.S.A. -v- WEI, KUO CHUN aka JOHN WEI**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           WEI, JOHN, DEFENDANT

PROCEEDINGS: WAIVER OF PRELIMINARY EXAMINATION

Defendant **WEI, Kuo Chung** appeared with court-appointed counsel, Attorney Loren Sutton. Government was represented by Craig Moore, AUSA. Also present was U.S. Probation Officer Melinda Brunson and DEA Officer, Deborah Muusers.

Dennis Tse was present and sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his rights. Defendant moved, through his attorney, to consider his oral motion under Rule 5.1 (a)(1) to **Waive his Preliminary Hearing** in this matter.

Court, finding the defendant had been fully advised and voluntarily waived his right to a preliminary hearing, granted the defendant's motion.

Government moved that the defendant be held in detention without bail. Defense had no argument at this time. Court granted the Government's motion.

The defendant was remanded into the custody of the U.S. Marshal.

Adj. 10:50 a.m.

/s/K. Lynn Lemieux, Court Deputy