UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>WEI, KUO CHUNG<br>a/k/a JOHN WEI<br><br>          Defendant. | Case No.: No. 07-00003<br><br>**WAIVER OF PRELIMINARY HEARING**<br><br>Hearing Date: April 26, 2007<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

FILED
Clerk
District Court
APR 26 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

I, WEI, KUO CHUNG a/k/a JOHN WEI, having been charged in this matter by Complaint and being fully advised of my right to a Preliminary Hearing under Rule 5.1 of the Federal Rules of Criminal Procedure, and that, at such a hearing, the government is required to prove by probable cause that the offense charged in the Complaint was committed and that I was the person who committed it, and that, if the Court finds no probable cause to believe either that the offense charged in the Complaint was not committed or that I was not the person who committed it, the Court would be required to dismiss the Complaint and to discharge me from further appearances, unless the government later prosecutes me for the same offense, and that the Court is required to conduct such a preliminary hearing unless I waive it under Fed.R.Crim.P. 5.1(a)(1) hereby knowingly and voluntarily waive my right to preliminary hearing in this matter.

_____
WEI, KUO CHUNG
Defendant

4/26/07
Date

_____
LAUREN SUTTON  LORTN
Counsel for Defendant

4/26/07
Date