UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

APR 2 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: No. 07-00003 |
| Plaintiff, | **ORDER GRANTING WAIVER OF PRELIMINARY HEARING** |
| v. | |
| WEI, KUO CHUN, a/k/a JOHN WEI | Hearing Date: April 26, 2007 |
| | Hearing Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Alex R. Munson |

The defendant, WEI, KUO CHUN, a/k/a JOHN WEI, having appeared in open court with his attorney on April 4, 2007; and

The defendant, through his attorney, having represented to the Court that he requests the Court to consider his oral motion under Rule 5.1 (a)(1) of the Federal Rules of Criminal Procedure to waive his preliminary hearing in this matter; and

The Court, having fully advised defendant of his right to a preliminary hearing under Fed.R.Crim.P. 5.1; and

The Court finding that the defendant, after being so advised, knowingly and voluntarily waives a preliminary hearing in this matter; it is hereby

ORDERED that the Complaint in this matter shall remain in place and the defendant shall remain subject to the jurisdiction of this Court pending further proceedings.

SO ORDERED.

*[signature]*
ALEX R. MUNSON
United States District Court Judge

The undersigned parties stipulate to this order both as to form and substance on this the 26th of April, 2007. The defendant specifically acknowledges the waiver of his preliminary hearing.

*[signature]*
WEI, KUO CHUNG
Defendant

*[signature]*
LAUREN SUTTON
Counsel for Defendant

*[signature]*
LEONARDO M. RAPADAS
United States Attorney

*[signature]*
CRAIG N. MOORE
Assistant U.S. Attorney